# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAROL McINTYRE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 10-00208-KD-C |
| ) | |
| AURORA CARES, LLC, d/b/a/ TARA ) | |
| CARES and MOBILE NURSING AND ) | |
| REHABILITATION CENTER, LLC., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

This action is before the Court on the joint report on parties' settlement efforts and joint motion to extend trial settings and pre-trial deadlines (doc. 54). Upon consideration, the motion is **GRANTED** in part, and the Rule 16(b) Scheduling Order (doc. 24) is amended, as follows:

5. The deadline for challenges to expert witnesses, including Daubert motions, and pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is extended until **September 1, 2011**.

6. The pretrial conference is continued until **September 22, 2011, at 12:00 noon.**

Defendants' motion for summary judgment and the report and recommendation of the Magistrate Judge as to defendants' motion to dismiss have been taken under submission and the Court will not stay consideration of these motions.

DONE and ORDERED this the 17th day of August, 2011.

                                                        **/s/ Kristi K. DuBose**
                                                        **KRISTI K. DuBOSE**
                                                        **UNITED STATES DISTRICT JUDGE**