IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAROL McINTYRE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-00208-KD-C |
| | ) |
| **AURORA CARES, LLC, d/b/a/ TARA CARES and MOBILE NURSING AND REHABILITATION CENTER, LLC.,** | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Carol McIntyre reports that this action has settled and that the settlement documents have been executed. Accordingly, it is **ORDERED** that all claims and causes of action in the above-styled action are **DISMISSED** with **prejudice** from the active docket of this Court .

No other order shall be forthcoming from the Court except upon application for final judgment as prescribed by Fed. R. Civ. P. 58.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 26th day of September, 2011.

        s / Kristi K DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**